**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MIKE ALLARIA and JILL ALLARIA, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

CHYRONHEGO CORPORATION, ROGER L. OGDEN, JOHAN APEL, SUSAN CLARK-JOHNSON, PETER F. FREY, CHRISTOPHER R. KELLY, HENRIK SUNDBERG, MICHAEL C. WHEELER, VECTOR CH HOLDINGS (CAYMAN), L.P., CH MERGER SUB, INC., and VECTOR CAPITAL MANAGEMENT, L.P.,

Defendants.

Civil Action No.: 2:15-cv-00471

**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiffs Mike Allaria and Jill Allaria ("Plaintiffs"), by their attorneys, files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have not filed an answer or moved for summary judgment. Plaintiffs have not previously dismissed an action based on or including the same claims in this action.

A class has not been certified, thus absent class members will not be prejudiced. Plaintiffs do not intend by this voluntary dismissal to waive their right to participate and recover as a class member or shareholder in any action.

DATED: July 16, 2015                              **KIRBY McINERNEY LLP**

/s/ *J. Brandon Walker*
J. Brandon Walker
Melissa A. Fortunato
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Melissa Fortunato, an associate with the law firm Kirby McInerney LLP, hereby certify that I caused a true and correct copy of the foregoing to be served by regular U.S. Mail and email to all parties listed on the attached service list on this 16th day of July.

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato

John F. Sylvia
Matthew D. Levitt
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Alan S. Goudiss
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (646) 848-4906

*Attorneys for Defendants*